408 A.2d 527

Commonwealth v. Henning, Appellant.

Submitted June 12, 1978. Lawrence Pauker, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Order of court affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

408 A.2d 527

Commonwealth v. Herb, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.